**UNITED STATES DISTRICT COURT**                **EASTERN DISTRICT OF TEXAS**

RONNEY BORNETTE,                    §
                                    §
                Plaintiff,          §
                                    §
*versus*                            §        CIVIL ACTION NO. 1:05-CV-590
                                    §
JO ANNE B. BARNHART,                §
COMMISSIONER OF SOCIAL              §
SECURITY ADMINISTRATION,            §
                                    §
                Defendant.          §

## MEMORANDUM OPINION ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The Court heretofore ordered that this matter be referred to the Honorable Earl S. Hines, United States Magistrate Judge, for consideration pursuant to applicable law and orders of this Court.  The Court has received and considered the Report of the United States Magistrate Judge pursuant to such order, along with the record, pleadings and all available evidence.  No objections to the Report of the United States Magistrate Judge were filed by the parties.

Accordingly, the findings of fact and conclusions of law of the United States Magistrate Judge are correct, and the Report of the United States Magistrate Judge is **ADOPTED**.  A Final Judgment will be entered separately, remanding this action to the Commissioner to consider all impairments; make a function-by-function assessment of plaintiff's residual functional capacity as required by Regulation 20 C.F.R. § 404.1545(b) and Social Security Ruling 96-8p; and reconsider plaintiff's application in light of any additional findings.

SIGNED at Beaumont, Texas, this 28th day of November, 2006.

*Marcia A. Crone*
_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE